WALTER R. CANNON, ESQ.
Nevada Bar #001505
PETER M. ANGULO, ESQ.
Nevada Bar #003672
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR FAKOYA, an individual;<br>LOLA FAKOYA, an individual;<br>LOLA FAKOYA, as Guardian Ad Litem<br>for Elizabeth Fakoya, a minor child, and<br>Christina Fakoya, a minor child,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF CLARK, a political<br>subdivision of the State of Nevada;<br>DOE Defendants XI through XX; in<br>their individual and official capacity,<br><br>    Defendant. | CASE NO.  2:12-cv-2149-JAD-CWH<br><br>ECF No. 49 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-entitled action be dismissed with prejudice; that no trial setting

. . .

. . .

. . .

. . .

. . .

. . .

or scheduling order is on file herein; and, that each party is to bear their own costs and attorneys' fees.

DATED this 17 day of March, 2017.

| OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI | E. BRENT BRYSON, P.C. |
|---|---|
| By /s/ Peter M. Angulo | By /s/ E. Brent Bryson |
| PETER M. ANGULO, ESQ. | E. BRENT BRYSON, ESQ. |
| 9950 W. Cheyenne Avenue | 7730 West Sahara Avenue, Ste. 109 |
| Las Vegas, Nevada 89129 | Las Vegas, Nevada 89117 |
| Attorneys for Defendant | Attorney for Plaintiffs |

## ORDER

Based on the parties' stipulated dismissal of this action [ECF No. 49] and good cause appearing, IT IS HEREBY ORDERED that **this action is DISMISSED** with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
Jennifer Dorsey, U.S. District Judge
March 20, 2017